Date: Tuesday, June 26, 2007  
Time: 4:31:49PM  
User: CSTANTON

Page: 21 of 22  
Report: 02640.rpt  
Company: OCL

## Orion Construction LP
### Check Register - Detail
Period: 06-07 As of: 6/23/2007

| Chk Nbr | Company ID | Type | Department | Employ ID | Employee Name | Soc Sec Nbr | Pay Type | Stat | Chk Date | Pay Per Per Beg | Per End |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Earnings Contributing to Net Pay | | 51.00 | | | 994.25 | 22,907.88 |
| | | | | | * Earnings Not Contributing to Net Pay | | 0.00 | | | 0.00 | 0.00 |
| | | | | | Gross Earnings | | 51.00 | | | 994.25 | 22,907.88 |
| | | | | | FED INC TAX | | | | | 68.83 | 2,080.16 |
| | | | | | FICA/EMPLOYEE | | | | | 50.79 | 1,350.24 |
| | | | | | * FICA/EMPLOYER | | | | | 50.79 | 1,350.24 |
| | | | | | * FUTA TAX | | | | | 0.00 | 56.00 |
| | | | | | FICAMED/EMPLOYE | | | | | 11.88 | 315.77 |
| | | | | | * FICAMED/EMPLOYR | | | | | 11.88 | 315.77 |
| | | | | | * GROUP INSURANCE | | | | | 125.00 | 2,932.70 |
| | | | | | LIFE INSURANCE | | | | | 5.78 | 144.50 |
| | | | | | * SUTA TX KFM | | | | | 0.00 | 90.08 |
| | | | | | * SUTA TX OCL | | | | | 0.00 | 306.90 |
| | | | | | Deductions - Employee Withheld | | | | | 137.28 | 3,890.67 |
| | | | | | * Deductions - Employer Withheld | | | | | 187.67 | 5,051.69 |
| | | | | | Total Deductions | | | | | 324.95 | 8,942.36 |
| | | | | | Net Pay | | | | | 856.97 | 19,017.21 |
| | | | | | Total Earnings Contributing to Net Pay | | 1,286.50 | | | 22,053.13 | |
| | | | | | * Total Earnings Not Contributing to Net Pay | | 0.00 | | | 0.00 | |
| | | | | | Total Gross Earnings | | 1,286.50 | | | 22,053.13 | |
| | | | | | Total Deductions - Employee Withheld | | | | | 3,756.68 | |
| | | | | | * Total Deductions - Employer Withheld | | | | | 4,850.48 | |
| | | | | | Total Deductions | | | | | 8,607.16 | |
| | | | | | Total Net Pay | | | | | 18,296.45 | |

| Check Type | Count | Amount Paid |
|---|---|---|
| Regular | 24 | 18,296.45 |
| Hand | 0 | 0.00 |
| Void | 0 | 0.00 |

* - Does not contribute to net pay  
** - Direct Deposit Advice Slip

| Date: | Tuesday, June 26, 2007 | | | | | | | | Page: | 20 of 22 |
|---|---|---|---|---|---|---|---|---|---|---|
| Time: | 4:31:49PM | | | | | | | | Report: | 02640.rpt |
| User: | CSTANTON | | | | | | | | Company: | OCL |

## Orion Construction LP
### Check Register - Detail
**Period: 06-07 As of: 6/23/2007**

| Chk Nbr | Company ID | Type | Department | Employ ID | Employee Name | Soc Sec Nbr | Pay Type | Stat | Chk Date | Pay Per Per Beg | Per End |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 016419 | OCL | CK | 0420 | 5941 | ROBERT THIELEN | 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 | H | O | 6/22/2007 | 1 6/10/2007 | 6/16/2007 |

| | Description | | | | Curr Units | Curr Amount | YTD Amount |
|---|---|---|---|---|---|---|---|
| | Earnings Contributing to Net Pay | | | | 56.00 | 1,103.00 | 21,913.63 |
| * | Earnings Not Contributing to Net Pay | | | | 0.00 | 0.00 | 0.00 |
| | Gross Earnings | | | | 56.00 | 1,103.00 | 21,913.63 |
| | FED INC TAX | | | | | 87.33 | 2,011.33 |
| | FICA/EMPLOYEE | | | | | 57.54 | 1,299.45 |
| | FICA/EMPLOYER | | | | | 57.54 | 1,299.45 |
| * | FUTA TAX | | | | | 0.00 | 56.00 |
| | FICAMED/EMPLOYE | | | | | 13.46 | 303.89 |
| | FICAMED/EMPLOYR | | | | | 13.46 | 303.89 |
| * | GROUP INSURANCE | | | | | 125.00 | 2,807.70 |
| | LIFE INSURANCE | | | | | 5.78 | 138.72 |
| * | SUTA TX KFM | | | | | 0.00 | 90.08 |
| * | SUTA TX OCL | | | | | 0.00 | 306.90 |
| | Deductions - Employee Withheld | | | | | 164.11 | 3,753.39 |
| * | Deductions - Employer Withheld | | | | | 196.00 | 4,864.02 |
| | Total Deductions | | | | | 360.11 | 8,617.41 |
| | Net Pay | | | | | 938.89 | 18,160.24 |
| | PER DIEM | | | | 0.00 | 175.00 | 1,130.00 |
| | HOLIDAY PAY | | | | 0.00 | 0.00 | 464.00 |
| | OVERTIME | | | | 0.00 | 0.00 | 174.00 |
| | OVERTIME | | | | 11.00 | 239.25 | 6,666.38 |
| | REGULAR | | | | 0.00 | 0.00 | 1,174.50 |
| | REGULAR | | | | 40.00 | 580.00 | 12,835.00 |
| | VACATION PAY | | | | 0.00 | 0.00 | 464.00 |

Checks 016272 through 016418 are missing

\* - Does not contribute to net pay
\*\* - Direct Deposit Advice Slip

| Date: | Tuesday, June 26, 2007 | | | | | | | | Page: | 19 of 22 |
|---|---|---|---|---|---|---|---|---|---|---|
| Time: | 4:31:49PM | | | | | | | | Report: | 02640.rpt |
| User: | CSTANTON | | | | | | | | Company: | OCL |

## Orion Construction LP
### Check Register - Detail
Period: 06-07 As of: 6/23/2007

| Chk Nbr | Company ID | Type | Department | Employ ID | Employee Name | Soc Sec Nbr | Pay Type | Stat | Chk Date | Pay Per Per Beg | Per End |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 016271 | OCL | CK | 0420 | 5941 | ROBERT THIELEN | 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 | H | O | 6/15/2007 | 1  6/3/2007 | 6/9/2007 |

| | | Curr Units | Curr Amount | YTD Amount |
|---|---|---|---|---|
| | Description | | | |
| | VACATION PAY | 0.00 | 0.00 | 464.00 |
| | REGULAR | 40.00 | 580.00 | 12,255.00 |
| | OVERTIME | 0.00 | 0.00 | 1,174.50 |
| | OVERTIME | 16.00 | 348.00 | 6,427.13 |
| | HOLIDAY PAY | 0.00 | 0.00 | 174.00 |
| | PER DIEM | 0.00 | 0.00 | 464.00 |
| | | | | 955.00 |
| Earnings Contributing to Net Pay | | 48.00 | 696.00 | 20,810.63 |
| * Earnings Not Contributing to Net Pay | | 0.00 | 0.00 | 0.00 |
| Gross Earnings | | 48.00 | 696.00 | 20,810.63 |
| | FED INC TAX | | 50.34 | 1,924.00 |
| | FICA/EMPLOYEE | | 43.15 | 1,241.91 |
| * | FICA/EMPLOYER | | 43.15 | 1,241.91 |
| * | FUTA TAX | | 0.00 | 56.00 |
| | FICAMED/EMPLOYE | | 10.09 | 290.43 |
| * | FICAMED/EMPLOYR | | 10.09 | 290.43 |
| * | GROUP INSURANCE | | 125.00 | 2,682.70 |
| | LIFE INSURANCE | | 5.78 | 132.94 |
| | SUTA TX KFM | | 9.69 | 90.08 |
| * | SUTA TX OCL | | 0.00 | 306.90 |
| Deductions - Employee Withheld | | | 109.36 | 3,589.28 |
| * Deductions - Employer Withheld | | | 187.93 | 4,668.02 |
| Total Deductions | | | 297.29 | 8,257.30 |
| Net Pay | | | 586.64 | 17,221.35 |

Checks 016126 through 016270 are missing

* - Does not contribute to net pay
** - Direct Deposit Advice Slip

Date: Tuesday, June 26, 2007
Time: 4:31:49PM
User: CSTANTON

# Orion Construction LP
## Check Register - Detail
Period: 06-07 As of: 6/23/2007

Page: 18 of 22
Report: 02640.rpt
Company: OCL

| Chk Nbr | Company ID | Type | Department | Employ ID | Employee Name | Soc Sec Nbr | Pay Type | Stat | Chk Date | Pay Per Per Beg | Per End |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 016125 | OCL | CK | 0420 | 5941 | ROBERT THIELEN | 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 | H | O | 6/8/2007 | 1  5/27/2007 | 6/2/2007 |

| Description | Curr Units | Curr Amount | YTD Amount |
|---|---|---|---|
| Earnings Contributing to Net Pay | 52.00 | 871.00 | 20,114.63 |
| * Earnings Not Contributing to Net Pay | 0.00 | 0.00 | 0.00 |
| Gross Earnings | 52.00 | 871.00 | 20,114.63 |
| FED INC TAX | | 72.09 | 1,873.66 |
| FICA/EMPLOYEE | | 52.14 | 1,198.76 |
| * FICA/EMPLOYER | | 52.14 | 1,198.76 |
| * FUTA TAX | | 0.00 | 56.00 |
| FICAMED/EMPLOYE | | 12.19 | 280.34 |
| * FICAMED/EMPLOYR | | 12.19 | 280.34 |
| * GROUP INSURANCE | | 125.00 | 2,557.70 |
| LIFE INSURANCE | | 5.78 | 127.16 |
| * SUTA TX KFM | | 10.65 | 80.39 |
| * SUTA TX OCL | | 0.00 | 306.90 |
| Deductions - Employee Withheld | | 142.20 | 3,479.92 |
| * Deductions - Employer Withheld | | 199.98 | 4,480.09 |
| Total Deductions | | 342.18 | 7,960.01 |
| Net Pay | | 728.80 | 16,634.71 |
| PER DIEM | 0.00 | 0.00 | 780.00 |
| HOLIDAY PAY | 8.00 | 116.00 | 464.00 |
| OVERTIME | 0.00 | 0.00 | 174.00 |
| OVERTIME | 0.00 | 0.00 | 6,079.13 |
| REGULAR | 10.00 | 145.00 | 1,174.50 |
| REGULAR | 30.00 | 435.00 | 11,675.00 |
| VACATION PAY | 0.00 | 0.00 | 464.00 |

Checks 015984 through 016124 are missing

* - Does not contribute to net pay
** - Direct Deposit Advice Slip

| Date: | Tuesday, June 26, 2007 | | | | | | | | Page: | 17 of 22 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Time: | 4:31:49PM | | | | | | | | Report: | 02640.rpt |
| User: | CSTANTON | | | | | | | | Company: | OCL |

## Orion Construction LP
### Check Register - Detail
Period: 06-07 As of: 6/23/2007

| Chk Nbr | Company ID | Type | Department | Employ ID | Employee Name | Soc Sec Nbr | Pay Type | Stat | Chk Date | Pay Per Per Beg | Per End |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 015983 | OCL | CK | 0420 | 5941 | ROBERT THIELEN | 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 | H | O | 6/1/2007 | 5/20/2007 | 5/26/2007 |

| Description | Curr Units | Curr Amount | YTD Amount |
| --- | --- | --- | --- |
| Earnings Contributing to Net Pay | 50.50 | 883.38 | 19,243.63 |
| * Earnings Not Contributing to Net Pay | 0.00 | 0.00 | 0.00 |
| Gross Earnings | 50.50 | 883.38 | 19,243.63 |
| FED INC TAX | | 67.20 | 1,801.57 |
| FICA/EMPLOYEE | | 50.12 | 1,146.62 |
| * FICA/EMPLOYER | | 50.12 | 1,146.62 |
| * FUTA TAX | | 0.00 | 56.00 |
| FICAMED/EMPLOYE | | 11.72 | 268.15 |
| * FICAMED/EMPLOYR | | 11.72 | 268.15 |
| * GROUP INSURANCE | | 125.00 | 2,432.70 |
| LIFE INSURANCE | | 5.78 | 121.38 |
| SUTA TX KFM | | 0.00 | 69.74 |
| * SUTA TX OCL | | 0.00 | 306.90 |
| Deductions - Employee Withheld | | 134.82 | 3,337.72 |
| * Deductions - Employer Withheld | | 186.84 | 4,280.11 |
| Total Deductions | | 321.66 | 7,617.83 |
| Net Pay | | 748.56 | 15,905.91 |
| PER DIEM | 0.00 | 30.00 | 780.00 |
| HOLIDAY PAY | 0.00 | 0.00 | 348.00 |
| OVERTIME | 0.00 | 0.00 | 174.00 |
| OVERTIME | 12.00 | 261.00 | 6,079.13 |
| REGULAR | 11.00 | 159.50 | 1,029.50 |
| REGULAR | 29.00 | 420.50 | 11,240.00 |
| VACATION PAY | 0.00 | 0.00 | 464.00 |

Checks 015839 through 015982 are missing

\* - Does not contribute to net pay
\*\* - Direct Deposit Advice Slip

| Date: | Tuesday, June 26, 2007 | | | | | | | | Page: | 16 of 22 |
|---|---|---|---|---|---|---|---|---|---|---|
| Time: | 4:31:49PM | | | | | | | | Report: | 02640.rpt |
| User: | CSTANTON | | | | | | | | Company: | OCL |

## Orion Construction LP
### Check Register - Detail
Period: 06-07 As of: 6/23/2007

| Chk Nbr | Company ID | Type | Department | Employ ID | Employee Name | Soc Sec Nbr | Pay Type | Stat | Chk Date | Pay Per Per Beg | Per End |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 015838 | OCL | CK | 0420 | 5941 | ROBERT THIELEN | 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 | H | C | 5/25/2007 | 5/13/2007 | 5/19/2007 |

| Description | Curr Units | Curr Amount | YTD Amount |
|---|---|---|---|
| PER DIEM | 0.00 | 75.00 | 750.00 |
| HOLIDAY PAY | 0.00 | 0.00 | 348.00 |
| OVERTIME | 0.00 | 0.00 | 174.00 |
| OVERTIME | 10.50 | 228.38 | 5,818.13 |
| REGULAR | 0.00 | 0.00 | 870.00 |
| REGULAR | 40.00 | 580.00 | 10,819.50 |
| VACATION PAY | 0.00 | 0.00 | 464.00 |

| | | | |
|---|---|---|---|
| Earnings Contributing to Net Pay | 50.00 | 872.50 | 18,360.25 |
| * Earnings Not Contributing to Net Pay | 0.00 | 0.00 | 0.00 |
| Gross Earnings | 50.00 | 872.50 | 18,360.25 |
| FED INC TAX | | 65.57 | 1,734.37 |
| FICA/EMPLOYEE | | 49.45 | 1,096.50 |
| * FICA/EMPLOYER | | 49.45 | 1,096.50 |
| * FUTA TAX | | 0.00 | 56.00 |
| FICAMED/EMPLOYE | | 11.56 | 256.43 |
| * FICAMED/EMPLOYR | | 11.56 | 256.43 |
| * GROUP INSURANCE | | 125.00 | 2,307.70 |
| LIFE INSURANCE | | 5.78 | 115.60 |
| * SUTA TX KFM | | 0.00 | 69.74 |
| * SUTA TX OCL | | 0.00 | 306.90 |
| Deductions - Employee Withheld | | 132.36 | 3,202.90 |
| * Deductions - Employer Withheld | | 186.01 | 4,093.27 |
| Total Deductions | | 318.37 | 7,296.17 |
| Net Pay | | 740.14 | 15,157.35 |

Checks 015696 through 015837 are missing

\* - Does not contribute to net pay
\*\* - Direct Deposit Advice Slip

Date: Tuesday, June 26, 2007  
Time: 4:31:49PM  
User: CSTANTON

## Orion Construction LP
### Check Register - Detail
Period: 06-07 As of: 6/23/2007

Page: 15 of 22  
Report: 02640.rpt  
Company: OCL

| Chk Nbr | Company ID | Type | Department | Employ ID | Employee Name | Soc Sec Nbr | Pay Type | Stat | Chk Date | Pay Per Per Beg | Per End |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 015695 | OCL | CK | 0420 | 5941 | ROBERT THIELEN | 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 | H | C | 5/18/2007 | 1 5/6/2007 | 5/12/2007 |

| Description | | | Curr Units | Curr Amount | YTD Amount |
|---|---|---|---|---|---|
| REGULAR | | | 40.00 | 580.00 | 9,659.50 |
| VACATION PAY | | | 0.00 | 0.00 | 464.00 |
| REGULAR | | | | | 870.00 |
| Gross Earnings | | | 50.00 | 812.50 | 17,487.75 |
| Earnings Contributing to Net Pay | | | 50.00 | 812.50 | 17,487.75 |
| * Earnings Not Contributing to Net Pay | | | 0.00 | 0.00 | 0.00 |
| FED INC TAX | | | | 65.57 | 1,668.80 |
| FICA/EMPLOYEE | | | | 49.45 | 1,047.05 |
| * FICA/EMPLOYER | | | | 49.45 | 1,047.05 |
| * FUTA TAX | | | | 0.00 | 56.00 |
| FICAMED/EMPLOYE | | | | 11.56 | 244.87 |
| * FICAMED/EMPLOYR | | | | 11.56 | 244.87 |
| * GROUP INSURANCE | | | | 125.00 | 2,182.70 |
| LIFE INSURANCE | | | | 5.78 | 109.82 |
| * SUTA TX KFM | | | | 0.00 | 69.74 |
| * SUTA TX OCL | | | | 0.00 | 306.90 |
| Deductions - Employee Withheld | | | | 132.36 | 3,070.54 |
| * Deductions - Employer Withheld | | | | 186.01 | 3,907.26 |
| Total Deductions | | | | 318.37 | 6,977.80 |
| Net Pay | | | | 680.14 | 14,417.21 |
| PER DIEM | | | 0.00 | 75.00 | 675.00 |
| HOLIDAY PAY | | | 0.00 | 0.00 | 348.00 |
| OVERTIME | | | 0.00 | 0.00 | 174.00 |
| OVERTIME | | | 10.00 | 217.50 | 5,589.75 |
| REGULAR | | | 0.00 | 0.00 | 870.00 |
| REGULAR | | | 40.00 | 580.00 | 10,299.50 |
| VACATION PAY | | | 0.00 | 0.00 | 464.00 |

Checks 015554 through 015694 are missing

* - Does not contribute to net pay  
** - Direct Deposit Advice Slip

Date: Tuesday, June 26, 2007
Time: 4:31:49PM
User: CSTANTON

# Orion Construction LP
## Check Register - Detail
Period: 06-07 As of: 6/23/2007

Page: 14 of 22
Report: 02640.rpt
Company: OCL

| Chk Nbr | Company ID | Type | Department | Employ ID | Employee Name | Soc Sec Nbr | Pay Type | Stat | Chk Date | Pay Per Per Beg | Per End |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 015553 | OCL | CK | 0420 | 5941 | ROBERT THIELEN | 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 | H | C | 5/11/2007 | 4/29/2007 | 5/5/2007 |

| Description | | Curr Units | Curr Amount | YTD Amount |
|---|---|---|---|---|
| PER DIEM | | 0.00 | 0.00 | 585.00 |
| HOLIDAY PAY | | 0.00 | 0.00 | 348.00 |
| OVERTIME | | 0.00 | 0.00 | 174.00 |
| REGULAR | | 10.00 | 217.50 | 5,154.75 |
| OVERTIME | | 25.00 | 362.50 | 870.00 |
| REGULAR | | 15.00 | 217.50 | 9,079.50 |
| VACATION PAY | | 0.00 | 0.00 | 464.00 |
| Gross Earnings | | 50.00 | 797.50 | 16,675.25 |
| Earnings Contributing to Net Pay | | 50.00 | 797.50 | 16,675.25 |
| * Earnings Not Contributing to Net Pay | | 0.00 | 0.00 | 0.00 |
| FED INC TAX | | | 65.57 | 1,603.23 |
| FICA/EMPLOYEE | | | 49.45 | 997.60 |
| * FICA/EMPLOYER | | | 49.45 | 997.60 |
| * FUTA TAX | | | 0.00 | 56.00 |
| FICAMED/EMPLOYE | | | 11.56 | 233.31 |
| * FICAMED/EMPLOYR | | | 11.56 | 233.31 |
| * GROUP INSURANCE | | | 125.00 | 2,057.70 |
| LIFE INSURANCE | | | 5.78 | 104.04 |
| * SUTA TX KFM | | | 24.22 | 69.74 |
| * SUTA TX OCL | | | 0.00 | 306.90 |
| Deductions - Employee Withheld | | | 132.36 | 2,938.18 |
| * Deductions - Employer Withheld | | | 210.23 | 3,721.25 |
| Total Deductions | | | 342.59 | 6,659.43 |
| Net Pay | | | 665.14 | 13,737.07 |

| Description | | Curr Units | Curr Amount | YTD Amount |
|---|---|---|---|---|
| PER DIEM | | 0.00 | 15.00 | 600.00 |
| HOLIDAY PAY | | 0.00 | 0.00 | 348.00 |
| OVERTIME | | 0.00 | 0.00 | 174.00 |
| OVERTIME | | 10.00 | 217.50 | 5,372.25 |

Checks 015405 through 015552 are missing

* - Does not contribute to net pay
** - Direct Deposit Advice Slip